**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☒ | Third | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: John Evans, Jr.     JOINT DEBTOR: Yolanda R. Evans     CASE NO.: 18-16823-MAM

SS#: xxx-xx-2669     SS#: xxx-xx-8112

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $974.19 for months 1 to 59;
2. $1,100.00 for months 60 to ____;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE  ☐ PRO BONO

| Total Fees: | $4700.00 | Total Paid: | $1000.00 | Balance Due: | $3700.00 |
|---|---|---|---|---|---|
| Payable | $100.00 | /month (Months 1 to 37) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
Chapter 13: $3,650.00; 2 Motions to Value @ $525.00: $1,050.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: | Specialized Loan Servicing, LLC | | |
|---|---|---|---|
| Address: | 8742 Lucent Blvd., Suite300 Highlands Ranch, CO 80129 | Arrearage/ Payoff on Petition Date | 7,694.34 (includes $6,744.34 from POC + $950.00 post-pet) |
| | | Arrears Payment (Cure) | $93.13 /month (Months 1 to 37) |
| | | Arrears Payment (Cure) | $193.13 /month (Months 38 to 59) |
| Last 4 Digits of Account No.: | 9329 | Regular Payment (Maintain) | $453.83 /month (Months 1 to 59) |
| Other: | | | |

Debtor(s): John Evans, Jr., Yolanda R. Evans    Case number: 18-16823-MAM

| ☒ Real Property | Check one below for Real Property: |
|---|---|
| ☒ Principal Residence | ☒ Escrow is included in the regular payments |
| ☐ Other Real Property | ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly |

Address of Collateral:
3415 Marlin Drive
Sebring, FL 33870

☐ Personal Property/Vehicle

Description of Collateral:

## B. VALUATION OF COLLATERAL: ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

### 1. REAL PROPERTY: ☒ NONE

### 2. VEHICLES(S): ☐ NONE

| 1. Creditor: Ally Financial | Value of Collateral: $10,025.00 | **Payment** |
|---|---|---|
| Address: P.O. Box 130424, Roseville, MN 55113 | Amount of Creditor's Lien: $29,103.76 | Total paid in plan: $11,739.23 |
| Last 4 Digits of Account No.: 3162 | Interest Rate: 6.50% | $198.97 /month (Months 1 to 59) |
| VIN: 1N4AL2EP6DC289778 | | |
| Description of Collateral: 2013 Nissan Altima | | |

Check one below:
☒ Claim incurred 910 days or more pre-petition
☐ Claim incurred less than 910 days pre-petition

| 2. Creditor: Nissan Motor Acceptance | Value of Collateral: $9,571.00 | **Payment** |
|---|---|---|
| Address: P.O. Box 660366, allas, TX 75266 | Amount of Creditor's Lien: $2,000.00 | Total paid in plan: $2,341.71 |
| Last 4 Digits of Account No.: 0001 | Interest Rate: 6.50% | $39.69 /month (Months 1 to 59) |
| VIN: 1N6BA06C18N355634 | | |
| Description of Collateral: 2008 Nissan Titan | | |

Check one below:
☒ Claim incurred 910 days or more pre-petition
☐ Claim incurred less than 910 days pre-petition

### 3. PERSONAL PROPERTY: ☒ NONE

## C. LIEN AVOIDANCE ☒ NONE

## D. SURRENDER OF COLLATERAL: Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

Debtor(s): John Evans, Jr., Yolanda R. Evans        Case number: 18-16823-MAM

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | NCB Management Services | 7905 | 2005 Suzuki 750 m/c |
| 2. | Robert & Sharon Smith | None | 8108 Hampshire Drive, Sebring, FL 33876 |
| 3. | Bridgecrest Credit Company | 4001 | 2008 Mercedez-Benz C Class |
| 4. | Spring Lake Property | None | 8108 Hampshire Drive, Sebring, FL 33876 |
| 5. | Highlands County Tax Coll. | None | 8108 Hampshire Drive, Sebring, FL 33876 |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | KG Industries | | 5009 Whiting Drive, Sebring, FL 33870 |
| 2. | Acima Credit | 3688 | Furniture |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

    B. **INTERNAL REVENUE SERVICE:** ■ NONE

    C. **DOMESTIC SUPPORT OBLIGATION(S):** ☐ NONE    ■ CURRENT AND PAID OUTSIDE

> 1. Name of Creditor: Shynieka Jackson c/o State of Florida
>
> Payment Address: Tallahassee, FL
>
> Total Due: _____
>
> Payable $0.00 /month (Months ___ to ___ )
>
> Regular Payment (if applicable) $0.00 /month (Months ___ to ___ )

    D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    A. Pay $1,000.00 /month (Months 60 to ___ )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. **SEPARATELY CLASSIFIED:** ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

Debtor(s): John Evans, Jr., Yolanda R. Evans    Case number: 18-16823-MAM

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Acima Credit holds a purchase money security interest in furniture being paid by the debtor's mother direct.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| John Evans, Jr. | | Yolanda R. Evans | |

_____    September 6, 2018
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**