

**ORDERED in the Southern District of Florida on September 12, 2018.**

Mindy A. Mora, Judge
United States Bankruptcy Court

_____

www.flsb.uscourts.gov
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    Case No.  18-16823-MAM
                                                          Chapter   13
JOHN EVANS, JR.
SSN: xxx-xx-2669
YOLANDA R. EVANS
SSN: xxx-xx-8112

_____Debtors._____/

### ORDER GRANTING MOTION TO VALUE AND
### DETERMINE SECURED STATUS OF LIEN ON PERSONAL
### PROPERTY HELD BY NISSAN MOTOR ACCEPTANCE

THIS CASE came on to be heard on September 7, 2018 on the *Debtors' Motion to*

*Value and Determine Secured Status of Lien on Personal Property held by Nissan Motor*

*Acceptance* (DE 36;  the "Motion").  Based upon the debtors' assertions made in support of

the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

   X  Motor vehicle described as follows:

> Year and Model of motor vehicle: **2008 Nissan Titan**
> Vehicle Identification Number (VIN #): **1N6BA06C18N355634**
> Odometer reading: **78,000**

       Personal property other than a motor vehicle described as follows:

is $9,571.00 at the time of the filing of this case. However, the amount of the Lender's lien is $2,000.00.

Consequently, it is **ORDERED** as follows:

1.   The Motion is **GRANTED**.

2.   Lender has an allowed secured claim in the amount of $2,000.00.

3.   (Select only one):

  x  Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at

6.50% for a total of $2,341.71.

or

___ Lender filed a proof of claim (____) in this case.  It shall be classified

as a secured claim in the amount provided in paragraph 2, above, and

as a general unsecured claim in the amount of $_____, regardless

of the original classification in the proof of claim as filed. Lender's

secured claim shall be paid through the plan at __% for a total of $.

4.  The Personal Property may not be sold or refinanced without proper notice

and further order of the Court.

5.  Notwithstanding the foregoing, this Order is not recordable or enforceable

until the debtor receives a discharge in this chapter 13 case.

6.  Upon notification that the debtor has received a discharge, the creditor

shall take all steps necessary to release the lien upon the personal

property.

### 

Submitted By:
Sean M. Murray, P.A.
1147 S. Ocean Drive
Ft. Pierce, FL 34994
(772) 466-0087
smurray1710@comcast.net


Attorney Sean Murray, Esq. is directed to serve a conformed copy of this Order on all interested parties
immediately upon receipt hereof and to file a certificate of service.